United States District Court
Southern District of Texas
**ENTERED**
May 08, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRAD SCHWEISS<br>    Plaintiff § § § | |
| VS. § § | C.A. NO. 4:18-cv-02633 |
| DEUTSCHE BANK NATIONAL TRUST § COMPANY, AS TRUSTEE FOR § REGISTERED HOLDERS OF LONG § BEACH MORTGAGE LOAN TRUST 2006-5, § ASSET-BACKED CERTIFICATES, § SERIES 2006-5 AND SELECT PORTFOLIO § SERVICING, INC. § <br>    Defendants § | |

## AGREED FINAL JUDGMENT AND ORDER AUTHORIZING FORECLOSURE

Based on the agreement of the parties, Judgment is granted in favor of Defendants, Deutsche Bank National Trust Company, as Trustee for Registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5 ("**Trustee**") and Select Portfolio Servicing, Inc. ("**SPS**") (collectively referred to as "Defendants") and against Brad Schweiss ("Plaintiff") on all claims and counterclaims asserted in this action.

It is therefore **ORDERED** that claims of Plaintiff/Counter-Defendant, Brad Schweiss ("**Plaintiff**") against Defendants are hereby dismissed with prejudice. It is further

**ORDERED** and **DECLARED** that Trustee is hereby awarded and this Judgment shall constitute an Order Authorizing Foreclosure, authorizing Trustee to foreclose on the real property collateral located at 2927 Shadow Trail Drive, Houston, Texas 77082 as more particularly described in the subject Texas Security Instrument recorded in the real property records of Harris County, Texas in Instrument Number Z357063 (the "**Security Instrument**") as:

> LOT SEVEN (7), IN BLOCK TWO (2), OF WESTWIND SECTION TWO (2), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 279, PAGE 134 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

(the "**Property**").

It is further **ORDERED** and **DECLARED** that Trustee and its assigns are authorized to conduct a non-judicial foreclosure sale of the Property pursuant to the terms and conditions of the Security Instrument and in accordance with TEX. PROP CODE §51.002 and TEX. CONST. Art. XVI §50 (a)(6) of Property;

It is further **ORDERED** and **DECLARED** that this Judgment serves as a Final *in rem* Judgment and Declaration of this Court Authorizing Foreclosure of the subject Texas Home Equity Lien in accordance with TEX. CONST. ART. XVI §50(a)(6)(D). It is further

**ORDERED** that a copy of this Judgment shall be sent to Plaintiff, Brad Schweiss with the notice of the date, time and place of the foreclosure sale. It is further

**ORDERED** that Trustee file a certified copy of this Judgment in the real property records of the county where the property is located within ten (10) days after the entry of this Final *in rem* Judgment; however, failure to timely record this Judgment shall not affect the validity of the foreclosure and defeat the presumption of TEX. CONST. ART XVI, §50(i).

Signed this ___8th___ day of ___May___, 2019.

_____
UNITED STATES DISTRICT JUDGE

**AGREED AS TO SUBSTANCE AND FORM:**

HIRSCH AND WESTHEIMER, P.C.

By: /s/ *Michael F. Hord Jr.*
   Eric C. Mettenbrink
   State Bar No. 24043819
   Michael F. Hord Jr.
   State Bar No. 00784294
   Federal I.D. No. 16035
   Hirsch & Westheimer, P.C.
   1415 Louisiana, 36th Floor
   Houston, Texas 77002
   (713) 220-9182 Telephone
   (713) 223-9319 Facsimile
   Email: mhord@hirschwest.com

**COUNSEL FOR DEFENDANTS
AND COUNTERCLAIMANT**

THOMAS BAIR LAW, PLLC


By: /s/ *Thomas E. Bair*
   Thomas E. Bair
   State Bar No. 00793292
   Federal I.D. 19755
   808 Travis St., Suite 1530
   Niels Esperson Building
   Houston, Texas 77002
   (713) 223-8585 Telephone
   (713) 223-4324 Facsimile
   Email: tbair@tombairlaw.com

**COUNSEL FOR PLAINTIFF**

3